## WILLIAM MORRIS *versus* EZRA BALDWIN

PAPERS IN FILE (1822): (1) Precipe for habeas corpus; (2) writ of habeas corpus.
*1822–23 Calendar*, MS p. 56.

## JAMES BOYD, JR. *versus* JOSEPH LORANGER

PAPERS IN FILE (1822–23): (1) Precipe for capias; (2) capias and return; (3) recognizance; (4) exception to bail; (5) waiver of exception to bail; (6) declaration and oyer; (7) discontinuance.
*1822–23 Calendar*, MS p. 85.

## JAMES BOYD, JR. *versus* ZEPHANIAH W. BUNCE

PAPERS IN FILE (1822): (1) Precipe for capias; (2) capias and return.
*1822–23 Calendar*, MS p. 65.

## JAMES McCLOSKEY *versus* ROBERT SMART AND GEORGE SMART

PAPERS IN FILE (1822): (1) Capias and return.
*1822–23 Calendar*, MS p. 90.